[No. 15441-2-II.   Division Two.   May 10, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN RICHARD FERRELL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-1-00175-0, Robert H. Peterson, J., entered October 16, 1991. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan, C.J., and Alexander, J.

[No. 15221-5-II.   Division Two.   May 10, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. NELSON R. EDDY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 91-1-00179-9, Leonard W. Kruse, J., entered August 13, 1991. *Affirmed* by unpublished opinion per Seinfeld, A.C.J., concurred in by Alexander and Houghton, JJ.

[No. 15566-4-II.   Division Two.   May 10, 1994.]

*In the Matter of the Marriage of* ALAN HENRY PARK, *Appellant, and* PATRICIA JOANNA PARK, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 283239, Thomas A. Swayze, Jr., J., entered November 8, 1991. *Affirmed* by unpublished opinion per Seinfeld, A.C.J., concurred in by Alexander and Houghton, JJ.

[No. 15634-2-II.   Division Two.   May 10, 1994.]

GARY TABER, ET AL, *Appellants*, v. BOONE CAMERON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Clallam County, No. 91-2-00146-7, Grant S. Meiner, J., entered December 16, 1991. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Alexander, J., concurred in by Morgan, C.J., and Houghton, J.